# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> PLAINTIFF(S) <br> v. <br> TIRUPATI INVESTOR ENTERPRISES, INC., et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> ED CV 18-00834-DMG-PLAx <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
1) Incorrect docketing event used.  Correct event is "motion," not application.   2) Hearing date is not timely. (See Local Rule 37-2.4.)

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Plaintiff's Notice of Motion and Motion:  (1) Compelling Initial Disclosures; or in the alternative, (2) For an Order Excluding Non-Disclosed Witnesses and Documents | August 17, 2018 <br> ECF No. 19 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

*Paul L. Abrams*

August 20, 2018

Date

Paul L. Abrams, United States Magistrate Judge

CV-80 (12/95)         **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**