CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Isabel Rose Masanque, Esq., SBN 292673
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Tirupati Investor Enterprises, Inc**., a California Corporation; and Does 1-10,<br><br>    Defendant. | **Case:** 5:18-CV-00834-DMG-PLA<br><br>**Plaintiff's Notice of and Motion for Summary Judgment**<br><br>Date:   May 31, 2019<br>Time:  9:30 a.m.<br>Ctrm:  8 C<br><br>Hon. Judge Dolly M. Gee |

To all Defendants and their attorneys of record:

Please take notice that on May 31, 2019 at 9:30 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Dolly M. Gee, located at 350 W. First Street, Los Angeles, California, Plaintiff Samuel Love, will and hereby does move this Court to enter summary judgment in favor of Plaintiff and against Defendant Tirupati Investor Enterprises, Inc.

Plaintiff seeks: 1) an Order from the Court requiring Defendant to provide accessible parking and an accessible transaction counter at the Sands Motel located at 10625 Magnolia Avenue, Riverside, California; and 2) judgment in favor of Plaintiff and against Defendant in the amount of $4,000.

This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

Despite multiple attempts, Plaintiff's was unable to obtain Defendant's participation in meet and confer conference of counsel, pursuant to Local Rule 7-3. (*See* Declaration of Isabel Masanque).

Dated: May 2, 2019                    CENTER FOR DISABILITY ACCESS

By: */s/ Isabel Rose Masanque*
Isabel Rose Masanque
Attorney for Plaintiff