1  FRANK A. WEISER (S.B. #89780)
2  Attorney at Law
   3460 Wilshire Blvd., #1212
3  Los Angeles, California 90010
   (213) 384-6964  - (voice)
4  (213) 383-7368  - (fax)
5  maimons@aol.com - (e-mail)

6  Attorney for Defendant
   TIRUPATI INVESTOR
7  ENTERPRISES, INC.,
   A California Corporation
8

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  SAMUEL LOVE,                      )  Case No. CV18-00834-DMG-PLA
                                      )
14                                    )  **EX-PARTE APPLICATION**
                                      )  **FOR AN EXTENSION OF**
15                                    )  **TIME FOR DEFENDANT**
                                      )  **TO FILE OPPOSITION**
16                                    )  **TO MOTION FOR**
                                      )  **SUMMARY JUDGMENT**
17                 Plaintiffs,        )  **OR TO CONTINUE HEARING**
18                                    )  **DATE ON MOTION FOR**
                                      )  **SUMMARY JUDGMENT;**
19  vs.                               )  **DECLARATION OF FRANK**
20                                    )  **A. WEISER; MEMORANDUM**
    TIRUPATI INVESTOR ENTERPRISES,    )  **OF POINTS AND AUTHORITIES**
21  INC., a California Corporation, and Does )  **IN SUPPORT THEREOF**
22  1-10,                             )
                                      )
23                                    )  DATE: (none)
24                 Defendants.        )  TIME: (none)
    _____)  CTRM: 8C
25

26

27

28

                                1

## DECLARATION OF FRANK A. WEISER

I, FRANK A. WEISER, do hereby declare:

1. I am the attorney for the Defendant TIRUPATI INVESTOR ENTERPRISES, INC., A California Corporation ("Defendant") and I make this declaration in support of the Defendant's' instant ex-parte application for an extension of time to file its opposition to the Plaintiff SAMUEL LOVE's ("Plaintiff") motion for summary judgment, or to continue the motion for summary judgment ("MSJ")

2. On March 17, 2019, I was hospitalized at Cedars-Sinai Medical Center on an emergency basis because I fainted early Sunday morning in my home from severe dehydration. Attached hereto as Exhibit "A" is the first page of the discharge order that I received from Cedars-Sinai when I was discharged on the morning of March 18, 2019 and a letter from the internist who treated me.

3. I was admitted into Cedars on March 17, 2019 after I was taken to the emergency room by Los Angeles County Fire Paramedics and I was continually hydrated while I was in Cedars due to my condition..

4 Further, I have been seriously backlogged in my heavy trial and appellate calendar, which was exacerbated by the recent hospitalization, and I was also seriously ill last year from a severe urinary tract infection and operation that caused me to be hospitalized at Cedars-Sinai Medical Center on an emergency basis that resulted in a surgical removal of a large bladder stone that was causing the infection.

5.   I was diagnosed in law school with Crohn's Disease, an inflammatory bowel illness, that resulted in my undergoing major bowel surgery at Cedars from a near fatal condition of toxic megacolon on December 12, 2009 and as a result I wear an ostomy device.

6.   As I understand it, that has caused me to have a tendancy towards dehydration and I have undergone two surgery's at Cedars, one in early 2014 and the other last year to remove large bladder stones.

7.   Attached hereto as Exhibit "B" is a copy of the Cedars General Surgey report from my colon surgery in December of 2009 that I described above.

8.   My health condition has resulted in my backlog. also has contributed to my inability to meet the filing deadlines in other cases.

9.   Prior to my recent hospitalization at Cedars on March 17, 2019, I filed a motion with the United States Court of Appeals for the Ninth Circuit on February 22, 2019 for a final extension of time to file an opening brief in a case where I represent the plaintiffs and appellants entitled Dean Hotop, et al. v City of San Jose, Ninth Circuit Docket No. 18-16995.

10. In the motion for an extension to file the opening brief I recounted my health condition.

11.. On March 12, 2019, the Ninth Circuit granted my motion in the Hotop case..

12.  I am attaching hereto as Exhibit "C" the filed motion for an an extension to file the opening brief in the Hotop case as Exhibit "C" and as Exhibit "D" the Ninth Circuit's order dated March 12, 2019 granting the motion.

13.. In the Hotop motion, there is an Exhibit "C" which is the Cedars-Sinai Medical Center Surgical Pathology Report ("Report").

14. As the Report states in the section entitled "History," I have a history of Crohn's disease, with "fistulization, ileostomy,urosepsis, and recurrent bladder stone." -

15. Because of my backlog, I am not able to file the opposition to the MSJ by the due date of Friday, May 10, 2019.

16. I am respectfully requesting to either continue the due date for filing the opposition to the MSJ until Friday, May 17, 2019 and the plaintiff's reply one week, until Friday, May 24, 2019, but keep the same hearing date of May 31, 2019, or in the alternative to continue the hearing date of May 31, 2019 one week until Friday, June 7, 2019, and the opposition and reply dates accordingly, or whatever date the Court deems reasonable.

17. On May 8, 2019, at approximately 12:58 p.m., I called plaintiff's counsel's office, Center for Disability Accessat (858) 375-7385 and I asked to speak to Raymond Ballister, Esq., one of plaintiff's attorneys in the case, and who I have worked with on other cases in the past.

18. The secretary who answered my telephone call at the time was not able to reach Mr. Ballister at the time and I left a message for him to call me back. I have not received a call back as of the filing of this application.

19. On May 8, 2019, at approximately 1:46 p.m., I called plaintiff's counsel's office, Center for Disability Accessat (858) 375-7385 and I asked to speak to Phyl Grace, Esq., one of plaintiff's attorneys in the case, and who I havealso worked with on other cases in the past.

4

20.  I spoke to an individual named Leo, who I understand is an assistant of Ms. Grace, and I was informed by him that she was not available and that he would forward my message to call me back.

21.  I informed him at the time that I would be seeking an ex-parte application to extend the time to respond to the MSJ and as I understood him, Ms. Grace would only handle the settlement negotaiations aspect of the case and that he would forward my message to another attorney regarding the extension request.

22.  I also informed him that I would also wish to speak to Ms. Grace about settling the case.  I have not received a call back regarding the second call as of the filing of this application.

23.  On Thursday, May 9, 2019, at approximately 3:34 a.m., I called called plaintiff's counsel's office, Center for Disability Accessat (858) 375-7385 and I spoke to the firm's voice  operator Kimberly, who identified herself as Operator 7431, and I requested to be placed through to Mr. Ballister's voice mail to leave him a message regarding this application.

24.  I was told by Kimberly that she would take down the nessage and I left a detailed message regarding that I was goinf to seek this application with the details of the request and why I was doing so. She stated to me that she would relay the message to Mr. Ballister.

25.  On Thursday, May 9, 2019, at approximately, 3:57 a.m., I e-mailed Mr. Ballister and Ms. Grace informing them that I woould be seeking this application and I also included in the e-mail, several other of plaintiff's attorneys, Dennis J. Prce, Esq., Isabel Rose Masanque, Esq., and Sara Gunderson, Esq. Attached hereto as Exhibit "E" is the May 9, 2019 e-mail that I sent to Mr. Ballister and Ms. Grace informing them of this application.

5

26. At present, I do not know what plaintiff's counsel's position is regarding this application although I expect to hear back from them later today.

27. The Court's has scheduled a jury trial for August 27, 2019, at 8:30 a.m., a final pretrial conference for July 30, 2019 at 2:00 p.m., a settlement conference completion date of July 2, 2019, a motions in limine filing deadline of July 9, 2019, a joint status report re: settlement due by July 9, 2019, and a proposed pretrial conference order and joint exhibit and wirness list due by July 9, 2019.

28. I do not believe that this application will interfere with the Court's previouslt set deadlines set forth above.

29 . Thus, I respectfully request that the Court grant this application and continue defendant's  MSJ opposition to be due on May 17, 2019 with the plaintiff's reply to the oppositon due on May 24, 2019, or in the alternative, continue the MSJ hearing from May 31, 2019 to June 7, 2019, or whatever date the Court  deems  reasonable.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of  May  2019 at Los Angeles, California.



FRANK A. WEISER

6

I.

## MEMORANDUM OF POINTS AND AUTHORITIES

A.  **THIS REQUEST SHOULD BE GRANTED**

**AS THERE IS GOOD CAUSE FOR THE**

**EXTENSION TO FILE THE OPPOSITION**

**OR CONTINUE THE MSJ**

In <u>Ahanchian v Xenon Pictures, Inc.</u>, 624 F.3d 1253 (9th Cir. 2010), the Ninth

Circuit held that an attorney requested who requested a one week extension in opposing a

motion for summary judgment should not have been denied his request as the Federal Rules

of Civil Procedure "[is] to be liberally construed to effectuate the general purpose of seeing

that cases are tried on the merits." Id. at 1258 (quoting Rodgers v Watt, 722 F.2d 456, 459

99th Cir. 1983).

In doing so, the Ninth Circuit held that Federal Rule of Civil Procedure 6(b)(1)'s

authorizing a district court to extend the time in which an act may be done for "good cause"

is a non-rigorouis standard that been construed  broadly across pricedural and statutory

contexts. Id. (citing numerous out of circuit cases to such effect).

In this case, defendant counsel's health issues which has caused a backlog that

prevents him from meeting the deadline in file the MSJ opposition on the due date surely

meets the Ninth Circuit's liberal standardformulated  in <u>Ahanchian</u>.

7

## II.

## CONCLUSION

For all the foregoing reasons, the Defendant  respectfully request that this ex-parte application be granted.

DATED: May  9, 2019                    Respectfully submitted,

                                       LAW OFFICES OF RANK A.
                                       WEISER


                                       By:_____
                                           FRANK A. WEISER, Attorney for
                                           TIRUPATI INVESTOR ENTERPRISES,
                                           INC.,  A California Corporation

8

1
2
3
4
5
6
7
8
9
10
11
12
13          EXHIBIT "A"
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# AFTER VISIT SUMMARY



**Frank Weiser** MRN: 080048762

📍 3-N   📅 3/17/2019 - 3/18/2019

## 🏥 Treatment Team

Provider
Yoon, Jessica, MD

Primary office phone
310-786-7204

## Your Latest Vitals

| | | |
|---|---|---|
| Blood Pressure **107/75** | BMI **21.00** | Weight **142 lb 3.2 oz** | Height **5' 9"** |
| Temperature (Oral) **97.9 °F** | Pulse **76** | Respiration **20** | Oxygen Saturation **98%** |

## You are allergic to the following

No active allergies

## What's next

**Schedule an appointment with Lyle D Kurtz, MD as soon as possible for a visit in 1 week(s)**
post discharge follow up

8920 WILSHIRE BLVD SUITE 323
BEVERLY HILLS CA 90211
310-855-1551

**Schedule an appointment with Michael David Share, MD as soon as possible for a visit in 1 month(s)**
outpatient stress test

8631 W 3RD ST
SUITE 635E
LOS ANGELES CA 90048
310-248-8245

## Post Discharge Care Reminders

We stay in touch with our patients using HealthLoop, an online platform that lets us share important information about your care at Cedars-Sinai. You will receive an email to activate your account in the next few days. Once you log in, you will receive regular check-ins from Cedars-Sinai about your care.

## Medications

**Important Medication Information:**

- This list includes the medications your doctors wish you to take right now. If you have medications at home which are not on this list, do not take them without speaking with your doctor first.

**Dr. Jessica Yoon**
8700 Beverly Blvd
Los Angeles CA 90048
Phone: 310-786-7204

March 17, 2019

**Employee:**  Frank Weiser

To Whom It May Concern:

For medical reasons, please excuse Frank Weiser from work for the following dates:

Start:   March 17, 2019

End:    March 19, 2019

Patient is recommended to return to his normal work on: March 25, 2019

If you need additional information, please feel free to contact our office.

Sincerely,

Dr. Jessica Yoon

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "B"



**CEDARS-SINAI MEDICAL CENTER.**

## PATIENT / CAREGIVER
## EDUCATION RECORD

J80-048-762/2970-138-703:
WEISER, FRANK
M/12/12/1953  E  12/12/200%

BURGANY, KIRK PATRICK
IES

PATIENT I.D.

---

### GENERAL SURGERY

Surgical procedure: _____ DRI colectomy

---

#### THIS IS IMPORTANT INFORMATION FOR YOU

➢ After discharge, look at the list of discharge medications discussed and given to you by your nurse or physician. Take all medications exactly as prescribed and remember to look at the information sheets for medication side effects or interactions.

➢ Look and become aware of the Danger Signals listed below.

➢ DO NOT drink alcoholic beverages, operate machinery, sign legal documents or take responsibility for another person for at least 24 hours while you are taking pain medication.

➢ You cannot <u>return to work</u> / <u>school</u> OR <u>drive a car</u> until you are given permission by your surgeon at your follow-up visit in his office.

---

1. **Self-Care:**
   - The incision takes time to heal. Keep operative area dry and clean. Remove or change the bandage or dressing only as instructed by your surgeon or nurse. Allow steri-strips to fall off. If the drain remains after your discharge, empty it as instructed by your nurse.
   - You may: ☐ Shower   ☐ Bathe  ☑ Check with your physician.
   Other instructions: _____
   _____

2. **Activity / assistive devices:**
   - Stay at home and rest for today. Check with your physician before resuming strenuous physical activity, heavy lifting and driving.
   ☐ _____

3. **Pain Management at home is:** _____
   - For discomfort, take the pain medication as prescribed. Pain may be an indication that you are doing too much. Be sure to take a few rest periods during the day.

4. **Nutrition:**  ☑ Regular Diet   ☐ Special Diet: _____
   - Drink adequate amounts of fluid with your diet. It is important for you to keep your bowel movements soft and bulky so as to avoid straining.

**For diet questions call Clinical Nutrition: (310) 423-3444.**

TAB 4 (PATIENT EDUCATION)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "C"

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEAN HOTOP, et al., | Case No. 18-16995 |
| Plaintiff-Appellant, | DC CV-18-02024-LHK |
| vs. | Northern District of California |
| CITY OF SAN JOSE, a municipal corporation, | |
| Defendant-Appellee. | |

## APPELLANTS' UNOPPOSED MOTION FOR A FINAL EXTENSION OF TIME TO FILE OPENING BRIEF

APPEAL FROM THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

HON. LUCY H. KOH , Presiding

FRANK A. WEISER
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010
(voice) - (213) 384-6964
(fax)  - (213) 383-7368
(e-mail) - maimons@aol.com
Attorney for Plaintiffs-Appellants
DEAN HOTOP, et al.

## DECLARATION OF FRANK A. WEISER

I, FRANK A. WEISER, do hereby declare:

1.   I am the attorney for the Plaintiff and Appellants in this case  ("Appellants") and I make this declaration in support of the instant unopposed motion for a final extension of time to file the Appellants' Opening Brief ("AOB")..

2.   The AOB is due on February 22, 2019.

3.   As I have explained previously to the Circuit, I was seriously ill last  year as a result  of  a bladder infection and surgery to remove a bladder stone and that has resulted in my being backlogged in my heavy trial and appellate calendar and I have been unable to complete the AOB.

4.   My health condition that has resulted in my backlog was explained to Circuit when I filed a late supplemental brief ("SB") ordered by the Ninth Circuit in a case entitled William Robert Herrera, et al. v City of Palmdale, et al., Ninth Circuit Docket No. 17-5576 ("Herrera")

5.   On November 21, 2018, I filed a motion for leave to file the SB with the Ninth Circuit. (Herrera, Ninth Circuit Docket No. 50)

6.   On November 28, 2018, I filed a supplemental declaration with the Ninth Circuit in support of the motion for leave to file the SB.   (Herrera, Ninth Circuit Docket No. 54).

7.   In the motion for leave to file the SB and the supplemental declaration, I recounted my health condition.

8.   For convenience of the Court, I am once again attaching attaching hereto as Exhibit "A" the filed motion for leave to file the SB, as Exhibit "B" the filed a supplemental

2

declaration in support of the motion for leave to file the SB, and as Exhibit "C" the Ninth

Circuit's order dated November 29, 2018 granting the motion.

9.   In my supplemental declaration in support of the motion for leave to file the SB, there

is an Exhibit "C" which is the Cedars-Sinai Medical Center Surgical Pathology Report

("Report").

10.   As the Report states in the section entitled "History," I have a history of Crohn's

disease, with "fistulization, ileostomy,urosepsis, and recurrent bladder stone."

11.   I alsao wear an ostomy bag as a result of major surgery that I underwent in 2009 as

a result of toxic megacolon from my Crohn's condition.

12.   As I explained to the Ninth Circuit in my motion for leave to file the SB,

my backlog has also been exacerbated by the  the fact that my daughter also has incurred

certain medical issues that will require surgery early next year. (Exhibit "A",  paragraph 7)

(Herrera, Ninth Circuit Docket No. 50)

13.   My daughter Cheryl Weiser has undergone in the last six months multiple abdominal

ultrasound tests and other tests in diagnosing the condition.

14.   My daughter has been seen for her condition  by Micharl Farzam, M.D., and Arnold

C. Cinman, M.D., the same doctors that treated me with respect to my bladder problem and

surgery earlier this year and whose contact information is stated in my response to the Court's

OSC.

15.   On November 2, 2018, at approximately 6:37 p.m., I received an e-mail from Dr.

Farzam regarding the abdominal ultrasound results from her 10-31-18 test.

16.   Attached hereto as Exhibit "D" is the November 2, 2018 e-mail that I received from

Dr. Farzam that I refer to in paragraph 16 above.

17. I have also had to seek extensions of time and relief from default in other cases which have been granted by other courts because of my health condition and backlog.

18. I am still quite backlogged in my trial and appellate work and I have not been able to complete the AOB.

19. This is appellants final request for an extension of time to file the AOB.

20. On February 21, 2019, at approximately 2:42 p.m., I spoke to Ardell Johnson, the Chief Deputy City Attorney for the Defendant and Appellee City of San Jose ("City").

21. I explained to Mr. Johnson that I would be filing this motion and he graciously stated that the City would not oppose the motion.

22. Mr. Johnson also graciously offered to sign a stipulation to extend the AOB filing date.

23.     On February 21, 2019, at approximately 4:53 p.m., I spoke to Mr. Johnson's associate and co-counsel, Sr. Deputy City Attorney Margo Laskowska regarding another case pending before the district court, and in the course of the conversation, Ms. Laskowska also reaffirmed what Mr. Johnson had stated to me earlier that day that the City does not oppose this motion.

24.  Thus, I respectfully request that the Court grant this motion for an extension of time of thirty (30) days to file the AOB by March 24, 2019, or whatever time the Court deems reasonable.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of February 2019 at Los Angeles, California.

Frank A. Weiser

EXHIBIT "A"

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

WILLIAM ROBERT HERRERA, et al.,          )     Case No. 17-55761
                                         )
          Plaintiffs-Appellants,         )     DC CV-16-09453-MWG-FFM
                                         )
                                         )     Central District of California
                   vs.                   )
                                         )
                                         )
CITY OF PALMDALE, et al.,                )
                                         )
          Defendants-Appellees.          )
                                         )
                                         )

## APPELLANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF RE: JURISDICTION

### APPEAL FROM THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

#### HON. MICHAEL W. FITZGERALD, Presiding

FRANK A. WEISER
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010
(voice) – (213) 384-6964
(fax)   – (213) 383-7368
(e-mail) – maimons@aol.com
Attorney for Plaintiffs-Appellants
WILLIAM ROBERT HERRERA, MONA
MOLINA, Individually and on behalf
of their minor child N.P.H., WILLIAM
RYAN HERRERA, PALMDALE
LODGING LLC

Case: 17-55761, 11/21/2018, ID: 11095662, DktEntry: 50, Page 2 of 5

## DECLARATION OF FRANK A. WEISER

I, FRANK A. WEISER, do hereby declare:

1. I am the attorney for the Plaintiffs and Appellants WILLIAM ROBERT HERRERA, MONA MOLINA, Individually and on behalf of their minor child N.P.H., WILLIAM RYAN HERRERA, PALMDALE LODGING LLC ("Appellants) and I make this declaration in support of the instant motion for leave to file the Appellants' Supplemental Brief Re: Jurisdiction ("Supplemental Brief").

2. On November 20, 2018, at approximatel 4:41 a.m., I submitted the Supplemental Brief to the Court.

3. The Supplemental Brief was due November 19, 2018.

4. As I explained in my previous motion for leave to file the Appellants' Opening Brief, I have been seriously ill earlier this year from a bladder infection and surgery to remove a bladder stone that has resulted in my being backlogged in my heavy trial and appellate calendar and I believe that this contributed to my failure to complete the Supplemental Brief by the due date.

5. I respectfully request that the Court take judicial notice of my declaration in the Appellants' application filed March 19, 2018 explaining my health condition and work backlog.

6. Subsequent to my filing the declaration on March 19, 2018, I was hospitalized at Cedars-Sinai Medical Center and underwent surgery to remove a very large bladder stone that was causing me serious infections that were not sufficiently treatable by antiobiotics.

7. Exacerbating my backlog also is the fact that my office was closed for a good deal

of time in September and early October of this year in observance of the Jewish High

Holidays of Rosh Hashana, Yom Kippur, Sukkoth, Shemini Aizeret and Simchat Torah, and

the fact that my daughter also has incurred certain medical issues that will require surgery early

next year.

8.   I am a sole practitioner and I have no one else that can handle this matter.

9.   I believe that I have done good work in my appellate practice having successfully

litigated as counsel of record a U.S. Supreme Court case that is entitled City of Los Angeles

v. Patel, 135 S.Ct. 2443 (2015) that facially invalidated on Fourth Amendment grounds a City

of Los Angeles motel search ordinance (affirming in a 5-4 decision the Ninth Circuit's en banc

opinion in Patel v City of Los Angeles, 738 F.3d 1058) (9th Cir. 2013) (en banc); and I have

been published in various federal civil rights cases such as Patel v Penman, 103 F.3d 868

(9th Cir. 1996); Patel v. City of San Bernardino, 310 F.3d 1134 (9th Cir. 2002) ; San

Bernardino Hotel/Motel Association v City of San Bernardino, 59 Cal.App.4th 237, (1997)

10.   On November 21, 2018 at approximately 5:55 a.m., I e-mailed John Fujii, Esq.,

Matthew Silver, Esq. And Ashlee Clerk, Esq., counsel for the appellees City of Palmdale and

County of Los Angeles; informing them that I would be making this motion.

11.   I requested that they respond as to their position in the matter.

12.   Thus, I respectfully request that this motion be granted and that the Supplemental

Brief be filed.

I declare under penalty of perjury under the laws of the State of California that

the foregoing is true and correct.

Executed this 21st day of November 2018 at Los Angeles, California.

FRANK A. WEISER

Case: 17-55761, 11/21/2018, ID: 11095662, DktEntry: 50, Page 5 of 5

| 9th Circuit Case Number(s) | 17-55761 | | |
|---|---|---|---|

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

**************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) | November 21, 2018 |

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Frank A. Weiser - Attorney for Appellants |

**************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) | |

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| |
|---|
| |

Signature (use "s/" format) | |

EXHIBIT "B"

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIAM ROBERT HERRERA, et al., | Case No. 17-55761 |
| Plaintiffs-Appellants, | DC CV-16-09453-MWG-FFM |
| vs. | Central District of California |
| CITY OF PALMDALE, et al., | |
| Defendants-Appellees. | |

## SUPPLEMENTAL DECLARATION OF FRANK A. WEISER IN SUPPORT OF APPELLANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF RE: JURISDICTION

APPEAL FROM THE UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

HON. MICHAEL W. FITZGERALD, Presiding

FRANK A. WEISER
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010
(voice) - (213) 384-6964
(fax) - (213) 383-7368
(e-mail) - maimon@aol.com
Attorney for Plaintiffs-Appellants
WILLIAM ROBERT HERRERA, MONA
MOLINA, individually and on behalf
of their minor child N.P.H., WILLIAM
RYAN HERRERA, PALMDALE
LODGING LLC

## DECLARATION OF FRANK A. WEISER

I, FRANK A. WEISER, do hereby declare:

1. I am the attorney for the Plaintiffs and Appellants WILLIAM ROBERT HERRERA, MONA MOLINA, individually and on behalf of their minor child N.P.H., WILLIAM RYAN HERRERA, PALMDALE LODGING LLC ("Appellants) and I make this supplemental declaration in support of the appellants' motion for leave to file the Appellants' Supplemental Brief Re: Jurisdiction that was submitted on November 20, 2018 ("Supplemental Brief")

2. On November 21, 2018, at approximately 8:53 a.m., I received an e-mail from Ashlee Clark, Esq., co-counsel for the Appellee County of Los Angeles informing me that she had no opposition to the five hour delay in submitting the Supplemental Brief to the Court.

3. On November 21, 2018, at approximately 5:55 a.m., I received an e-mail from Matthew Silver, Esq., co-counsel for the Appellee City of Palmdale informing me that he was out of his office and would return on Monday, November 26, 2018.

4. To the best of my knowledge, I have not received any follow-up from Mr. Silver, or his co-counsel Mr. Ruiz as to their position on the motion.

5. With respect to my illness earlier this year that I referred to in the original motion, after I filed my declaration on March 19, 2018 in support of the appellants' motion for leave to file the Appellants Opening Brief, I was quite ill over a period of time until I was admitted on an emergency basis to Cedars-Sinai Medical Center in late April 2018 and underwent surgery to remove a large bladder stone that was causing my illness.

6. On Monday, April 2, 2018, I once again began feeling the bladder pain again.

2

7.   On the evening of April 3, 2018, I went to my office to work on my cases.

8.   I arrived at my office at approximately 6:30 p.m. and I intended to work through the evening and early morning on the opposition to the MSJ.

9.   Instead of doing any work on my cases, due to the increasing bladder pain and other related issues, I laid down on a couch in my office to rest.

10. I was on the couch all night and throughout the early morning until 6:30 a.m. due to the bladder pain, extreme nausea, and chills that I was experiencing.

11. I arrived home on the morning of April 4, 2018 at approximately 7:15 a.m., and I immediately was bedridden suffering from the same symptoms.

12. The following day, Thursday, April 5, 2018, at approximately 12:45 a.m., I was taken to my family doctor, Lyle D. Kurtz, M.D., located at 8920 Wilshire Blvd., Suite 223, Beverly Hills, CA 90211, (310) 855-1551.

13. After Dr. Kurtz examined me and conducted several tests, he diagnosed me with having a severe urinary tract infection. Dr. Kurtz immediately placed me on antibiotics again, as I had been placed on antibiotics by the previous doctor who treated me prior to April 2, 2018, prescribing Sulfamethoxazole-TMP DS tablets.

14. Dr. Kurtz also prescribed that I take a CT Abdomen Pelvis W/O IV Contrast Urogram at Cedars-Sinai S. Mark Taper Imaging Center ("IC").

15. After Dr. Kurtz's examination, I went home and remained in bed and appeared to become better a few days later.

16. However, on Thursday night, April 19, 2018, while seeing a motel client of mine in Ontario, CA, I became very ill again.

3

17. I drove back to my office that night and was nauseous the whole night and laying down on my office couch.

18. I was very weak the next morning and when I arrived home that morning, Friday, April 20, 2018, I was bedridden and quite ill all that weekend.

19. On Sunday morning, April 22, 2018, I blacked out and fell in my restroom.

20. My wife SUSAN WEISER and daughter CHERY WEISER called 911 and the Los Angeles Fire Department, after examining me and finding that I was dehydrated and had low blood pressure took to me to the emergency room at Cedars-Sinai Medical Center ("ER").

21. In the ER, the doctors who treated me found that I had a serious Urinary Tract Infection and after taking a CT Scan discovered that I had a large bladder stone that they believed was causing the infection, and several smaller kidney stones.

22. I was admitted to Cedars that day and on Wednesday, April 25, 2018, I underwent an operation under anesthesia to remove the bladder stone and a prostate procedure.

23. The urologist who performed the operation is Arnold C. Cinman, M.D. of Tower Urology at 2635 W. 3rd Street, Suite 1 - West Tower, Los Angeles, CA 90048, (310) 854-9898.

24. I was released from Cedars on Sunday afternoon, April 29, 2018, and I began recuperating at home.

25. Attached hereto as Exhibit "A" is the first page of a document entitled "Member Explanation of Benefits" that I received on or about May 22, 2018 from my health insurance carrier HEALTH NET that indicates that I was hospitalized at Cedars and underwent surgery performed by Tower Urology, Inc.

Case: 17-55761, 11/29/2018, ID: 11101074, DktEntry: 54, Page 5 of 12

26. I have redacted my insurance member ID on the document for privacy purposes.

27. Attached hereto as Exhibit "B" is a bill dated April 26, 2019 that I received from the City of Los Angeles Fire Department Ambulance Services for my emergency transport from my home on Cedars Sinai on April 22, 2018.

28. I have redacted my home address on the document for privacy purposes.

29. Attached hereto as Exhibit "C" is the pathology report of my operation that I received from the Cedars-Sinai medical records department.

30. I have redacted my birth date on the document for privacy purposes.

31. Thus, I respectfully request that this motion be granted and that the Supplemental Brief be filed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of November 2018 at Los Angeles, California.

FRANK A. WEISER

EXHIBIT "A"

EXHIBIT "B"



EXHIBIT "C"

# CEDARS-SINAI MEDICAL CENTER

### SURGICAL PATHOLOGY REPORT

Case: 17-55761, 11/28/2018, ID: 11101074, DktEntry: 54, Page 12 of 17

**9th Circuit Case Number(s)** | 17-55761

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date): | November 28, 2018

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Frank A. Weiser - Attorney for Appellants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date): |

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format) |

EXHIBIT "C"

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 29 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM ROBERT HERRERA; MONA MOLINA HERRERA, Individually and on behalf of their minor child N. P. H.; WILLIAM RYAN HERRERA; PALMDALE LODGING, LLC, a California Limited Liability Company, | No.   17-55761 <br><br> D.C. No. 2:16-cv-09453-MWF-FFM Central District of California, Los Angeles |
| Plaintiffs-Appellants, | |
| v. | ORDER |
| CITY OF PALMDALE; COUNTY OF LOS ANGELES; BUD DAVIS; GEORGE SCHNEIDER; ROB BRUCE; NARDY LOPEZ; MARK DYLER; ANNE AMBROSE; NOEL JAMES DURAN; JAMES PURTEE; SARA SHREVES; RAPOSAS; BLAKELY; ANTHONY BONELLI; MARK MILLER; MUNOZ; LEON; JACOBS; DANA; MYLES; SORROW; DIAZ; ARCIDIANCONO; DOLLENS; BRANDON; GALLAGHER; WALDEN; DOES, 1-10 inclusive, | |
| Defendants-Appellees. | |

The appellants' Motion for Leave to File Late Supplemental Brief, dated

November 21, 2018, is GRANTED.  The Supplemental Brief shall be filed.

Case: 17-55761, 11/29/2018, ID: 11103358, DktEntry: 55, Page 2 of 2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7

2

EXHIBIT "D"

12/16/2018                          RE: House Call Doctor LA-final abdominal ultrasound results 10-31-18, Cheryl W.

From: info <info@housecalldoctorla.com>
To: malmons <malmons@aol.com>
Cc: eureslangld <eureslangld@live.com>
Subject: RE: House Call Doctor LA-final abdominal ultrasound results 10-31-18, Cheryl W.
Date: Fri, Nov 2, 2018 6:37 pm
Attachments: Weiser, Cheryl-final abd ultrasound results 10-31-18.pdf (74K)

Hi Frank and Cheryl,
Attached are your final abdominal ultrasound results from 10-31-18 for Cheryl Weiser, for your
records. Feel free to call anytime to discuss if you have any questions. -Dr Farzam

Michael Farzam MD
House Call Doctor Los Angeles
Phone: 310-849-7991
Fax: 310-693-2528
Email: info@HouseCallDoctorLA.com
www.HouseCallDoctorLA.com
Watch our video: http://www.youtube.com/watch?v=-GmWrcuO2oo

This e-mail communication contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and
which is intended only for the use of the intended recipients identified above. If you are not the intended recipient of
this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this
communication is strictly prohibited. If you have received this communication in error, please immediately notify us by
e-mail or by telephone at (310-849-7991), and delete the communication and destroy all copies. Thank you for your
cooperation.



12/18/2018                         RE: House Call Doctor LA-final abdominal ultrasound results 10-31-18, Cheryl W.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "D"

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

 **FILED**

MAR 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEAN HOTOP; et al., | No. 18-16995 |
| Plaintiffs-Appellants, | D.C. No. 5:18-cv-02024-LHK |
| v. | Northern District of California, San Jose |
| CITY OF SAN JOSE, a municipal corporation, | ORDER |
| Defendant-Appellee. | |

The February 22, 2019 order at Docket Entry No. 9 is vacated as issued in error.

Appellants' motion (Docket Entry No. 8) for an extension of time to file the opening brief is granted. The opening brief is due March 25, 2019. The answering brief is due April 24, 2019. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "E"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "E"

**From:** Frank A. Weiser <maimons@aol.com>
**To:** rayballister <rayballister@potterhandy.com>; sarag <sarag@potterhandy.com>; isabelm <isabelm@potterhandy.com>; dennisp <dennisp@potterhandy.com>; phylg <phylg@potterhandy.com>
**Subject:** Samuel Love v Tirupati Investor Enterprises, Inc., et al./USDC Case No. CV18-00834-DMG-PLA
**Date:** Thu, May 9, 2019 3:57 am

Raymond Ballister, Esq.
Phyl Grace, Esq.
Center for Disability Access
9845 Erma Road, Suite 300
San Diego, CA 92131

Dear Ray and Phyl:

I called you both yesterday but I was not able to reach
you. I spoke to Leo, who I believe is Phyl's assistant, and
I informed him that I would be seeking an ex-parte application
to extend the time for my client to respond to your pending
motion for summary judgment ("MSJ"). I also just left a detailed message
with your voice operator Kimberly, Operator 7431, informing her
that I my ex-parte application will seek an additional week to file
the response to the MSJ with an additional week for your reply, or
in the alternative to continue the MSJ for a week, or whatever date
the Court deems reasonable.

The dates I will be seeking are May 17, 2019 for my opposition to
file MSJ, May 24, 2019 for the date for your reply to the opposition
to the MSJ and, in the alternative, for the Court to extend the hearing
date to June 7, 2019, or whatever date the Court deems reasonable.

I was hospitalized on an emergency basis at Cedars-Sinai in March
of this year and as I believe you know I have had other medical issues
and as a result I am extremely backlogged, and I need the additional
time to respond. Please send me by e-mail today your position on the
ex-parte application so that I may inform the Court.

Further, I wanted to speak tp Phyl to see if the case can be settled.
The best way to reach me is at (213) 399-7806.

Once again, I appreciate your courtesy and cooperation in the matter.

Sincerely,

Frank A. Weiser
Attorney at :Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, CA 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com - (e-mail)