CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Tirupati Investor Enterprises, Inc**., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case No**. 5:18-cv-00834-DMG-PLA<br><br>**Notice of Motion and Motion to Enforce Settlement**<br><br>**Date:**    November 8, 2019<br>**Time:**    9:30 a.m.<br>**Courtroom:** 8c<br><br>Hon. Dolly M. Gee |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on November 8, 2019 at 9:30 a.m. in Courtroom 8c of the above-entitled court, or as soon thereafter as the Court may hear it, Plaintiff Samuel Love will and hereby does move this Court for an order compelling Defendant Tirupati Investor Enterprises, Inc, to perform the terms of the Settlement Agreement as agreed on July 9, 2019.

  Plaintiff reached out to the Defendant in advance of filing this motion under L.R. 7-3, but did not receive any response.

This motion is based on this Notice, the Declaration of Dennis Price, attached exhibits thereto, the Memorandum of Points and Authorities, and any additional evidence or oral argument as may be presented at the time of hearing.

Dated: October 8, 2019         CENTER FOR DISABILITY ACCESS

By: /s/ Dennis Price
Dennis Price, Esq.
Attorneys for Plaintiff