UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>          Plaintiff,<br><br>     v.<br><br>**Tirupati Investor Enterprises, Inc.**, a California Corporation; and Does 1-10,<br><br>          Defendants. | **Case No**. 5:18-cv-00834-DMG-PLA<br><br>**[PROPOSED] Order** |

    Judgment is to be entered against Defendants in favor of Plaintiff per their agreement.

    Defendants shall pay to Plaintiff $17,000.

1 | Defendants shall install accessible parking and lowered transaction counters
2 | in compliance with 2010 ADA Accessibility Guidelines and Title 24 of the
3 | California Code of Regulations.
4 |
5 | IT IS SO ORDERED.
6 |
7 | Dated: _____          By: _____
8 |                              HON. DOLLY M. GEE
9 |                              United States District Court Judge