CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | **Case No**. 5:18-cv-00834-DMG-PLA |
| Plaintiff, | **Declaration of Dennis Price** |
| v. | |
| **Tirupati Investor Enterprises, Inc**., a California Corporation; and Does 1-10, | |
| Defendants. | |

DECLARATION OF DENNIS PRICE

I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

1. I have personal knowledge of the following and if called to testify to them I could do so competently.

2. On or about July 9, 2019, Counsel for Plaintiff, Chris Seabock, and defense counsel, Frank Weiser agreed to settle this matter and a settlement agreement was executed in full.

1

3.  Attached as Exhibit 2 is a true and correct copy of the fully executed settlement agreement.

4.  That agreement anticipated a delayed payment 90 days later. That time period has now elapsed. To date, no payment has been received. No evidence of correction of barriers has been received.

5.  My office reached out to Mr. Weiser once the deadline was approaching to confirm payment. (Exhibit 3)

6.  No response has been received.

7.  Today, the day after payment was due, my office reached out to Mr. Weiser in an attempt to reach a stipulation for additional time to bring this motion due to the short turn around between the deadline for payment and this motion needing to be filed. (Exhibit 4)

8.  This received no response.

9.  Despite agreement and Plaintiff's diligence and reliance on Defendant's promises to render the settlement payment, Plaintiff is yet to receive the settlement payment or evidence of correction, all to Plaintiff's detriment.

10. Plaintiff has attempted to seek alternatives to enforcement of the judgment, but no other option is available.


        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: October 8, 2019              CENTER FOR DISABILITY ACCESS

                                    By:    /s/ Dennis Price
                                           Dennis Price, Esq.
                                           Attorneys for Plaintiff

2