| | |
|---|---|
| **From:** | Rajitha Nair |
| **To:** | "maimons@aol.com" |
| **Cc:** | Alexis Dossey; Kevin Williams |
| **Subject:** | RE: Love v. Tirupati Investor Enterprises, Inc.- Stip to extend |
| **Date:** | Monday, October 7, 2019 4:33:46 AM |
| **Attachments:** | Stip to Extend Reopen Date.doc |
| | Proposed Order to Extend Reopen Date.doc |
| | image001.png |
| | image002.gif |
| | image003.gif |
| | image004.gif |
| | image005.png |
| **Importance:** | High |

Dear Mr. Weiser:

Please find attached Draft Stipulation to extend Reopening date for this Action for your review. Kindly advise if the same is acceptable to you and that we have your permission to e-sign on your behalf and file it with the court.

Sincerely,

Rajitha Nair, Assistant
RajithaN@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)



**The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

  

**From:** Rajitha Nair
**Sent:** Tuesday, October 1, 2019 3:01 AM
**To:** 'maimons@aol.com' <maimons@aol.com>
**Cc:** Alexis Dossey <AlexisD@potterhandy.com>; Kevin Williams <kevinw@potterhandy.com>
**Subject:** Love v. Tirupati Investor Enterprises, Inc.
**Importance:** High

Dear Mr. Weiser:

I am following up with regard to the settlement in the above case. Can you please advise as to when can

we expect to receive the Settlement Check?

I have also attached the draft Dismissal for your review. Kindly advise if the same is acceptable to you and that we have your permission to e-sign on your behalf and file it with the court as soon as we receive the Settlement Check.

Thank you for your attention in this matter.

Sincerely,

---

Rajitha Nair, Assistant
RajithaN@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)



**The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

