CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br>     Plaintiff, <br><br>  v. <br><br> **Tirupati Investor Enterprises, Inc.**, a California Corporation; and Does 1-10, <br><br>     Defendants. | **Case:** 5:18-cv-00834-DMG-PLA <br><br> **Index of and Exhibits in Support of Plaintiff's Motion for Attorney's Fees** |

**TABLE OF EXHIBITS**

Exhibit 1 ......................................................................................... Declaration of Dennis Price

Exhibit 2 ............................................................................................... Settlement Agreement

Exhibit 3 ............................................................... E-mail confirming payment of settlement

Exhibit 4 ................................................. E-mail attempting to continue deadline for payment