UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-834-DMG (PLAx) | Date | November 7, 2019 |
|---|---|---|---|

| Title | *Samuel Love v. Tirupati Investor Enterprises, Inc.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT [40]**

On July 10, 2019, Plaintiff Samuel Love filed a Notice of Settlement and request to vacate all currently set dates. [Doc. # 38.] The Court then placed the case in inactive status and ordered Plaintiff and Defendant Tirupati Investor Enterprises, Inc. to file, by October 8, 2019, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. [Doc. # 39.]

On October 8, 2019, Plaintiff filed a Motion to Enforce Settlement and requested that the Court enter judgment against Defendant and require Defendant to pay to Plaintiff $17,000 and to install accessible parking and lowered transaction counters in compliance with the Americans with Disability Act ("ADA"), as per the parties' settlement. [Doc. # 40.] The Motion to Enforce is set for hearing on Friday, November 8, 2019. Pursuant to Local Rule 7-9, Defendant's opposition was due by October 18, 2019, *i.e.*, at least 21 days before the date of the hearing. Defendant has not filed an opposition, and the time to do so has now passed.

Although Plaintiff did not file a motion to reopen, as instructed in the Court's July 10 Order, due to Defendant's failure to oppose, the Court reopens the action *sua sponte* and **GRANTS** Plaintiff's Motion to Enforce Settlement. *See* C.D. Cal. L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). In accordance with the parties' settlement agreement, Defendant shall pay Plaintiff $17,000 and provide van accessible parking spaces and a lowered transaction counter at the real property located at 10625 Magnolia Avenue, Riverside, California, consistent with the requirements of the Americans with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations.[1] [Doc. # 49-4.] The Court will enter judgment in favor of Plaintiff forthwith. The November 8, 2019 hearing is **VACATED**.

**IT IS SO ORDERED.**

---

[1] The parties' settlement agreement states that Defendant must provide "a sufficient number of van accessible parking spaces," with no further specification regarding what constitutes a "sufficient number." The Court therefore orders Defendant to provide van accessible parking spaces and a lowered transaction counter consistent with the requirements of the Americans with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|