**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>     v.<br><br>TIRUPATI INVESTOR<br>ENTERPRISES, INC.,<br><br>        Defendant. | Case No. ED CV 18-834 DMG (PLAx)<br><br>**JUDGMENT** |

1    The Court having granted Plaintiff Samuel Love's Motion to Enforce Settlement
2 by order dated November 7, 2019,
3    IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in
4 favor of Plaintiff and against Defendant Tirupati Investor Enterprises, Inc. in the
5 following amount: $17,000.
6    Defendant is enjoined, to the extent Defendant has the legal right to do so, to
7 provide van accessible parking spaces and a lowered transaction counter, at the real
8 property located at 10625 Magnolia Avenue, Riverside, California, consistent with the
9 requirements of the Americans with Disabilities Act Accessibility Guidelines and Title
10 24 of the California Code of Regulations.

DATED: November 7, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE