CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com
Attorneys for Plaintiff SAMUEL LOVE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Tirupati Investor Enterprises, Inc.**, a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 5:18-CV-00834-DMG-PLA<br><br>**Plaintiff's Notice of Lodging of proposed Judgment** |

\

Please take notice that in accordance with the court's ruling of November 7, 2019, the plaintiff is lodging the proposed judgment (attached) following the order granting Plaintiff's Motion to Enforce Settlement.

Dated: February 3, 2020    CENTER FOR DISABILITY ACCESS

                      By:  /s/ Dennis Price
                             Dennis Price, Esq.
                             Attorneys for Plaintiff