UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br>           Plaintiff, <br> v. <br> **Tirupati Investor Enterprises, Inc.**, a California Corporation; and Does 1-10, <br>           Defendants. | Case:5:18-CV-00834-DMG-PLA <br><br> Proposed Judgment Re: Plaintiff's Motion to Enforce Settlement |

Following the Court's ruling on November 7, 2019, the Court grants JUDGMENT in favor of plaintiff Samuel Love and against defendant Tirupati Investor Enterprises, Inc., a California Corporation in the settlement amount of $17,000.

Additionally, defendant Tirupati Investor Enterprises, Inc., a California Corporation is ordered to provide van accessible parking spaces and a lowered transaction counter at the real property located at

10625 Magnolia Avenue, Riverside, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: _____    By:_____
                       Hon. DOLLY M. GEE
                       United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff